# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 22-11298-mdc

SHERYL L. HALEY-SAMUELS

155 E GODFREY STREET
APT NO D206
PHILADELPHIA, PA 19120

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SHERYL L. HALEY-SAMUELS

    155 E GODFREY STREET
    APT NO D206
    PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

    Michael I. Assad
    Cibik Law, P.C.
    1500 Walnut St, Ste 900
    Philadelphia, PA 19102-

Date: 10/26/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee