# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11298-mdc |
| Sheryl L. Haley-Samuels, | Chapter 13 |
| Debtor. | |

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan along with the notice, proposed order, and proposed plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

Citibank, N.A.
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA 98083-0280

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

NORDSTROM, INC.
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud MN 56302

Capital One N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Educational Credit Management Corporation
PO Box 16408
St. Paul, MN, 55116-0408

I.R.S.
P.O. Box 7346
Philadelphia, PA 19101-7346

PA Dept. of Revenue
Bankruptcy Division
Bureau of Compliance
P.O. Box 280946
Harrisburg, PA 17120-0946

Date: December 6, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com