**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Sheryl L. Haley-Samuels,<br><br>Debtor. | Case No. 22-11298-mdc<br><br>Chapter 13 |

**Order Granting Debtor's Motion to Modify Chapter 13 Plan**

**AND NOW**, upon consideration of the Debtor's Motion to Modify Chapter 13 Plan, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The modified plan filed as ECF No. 31 is **APPROVED**.

Date:   January 4, 2024

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge